UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARY SHUFELT,

            **Plaintiff**

 vs.                          **CASE NO.   04-CV-0716 (GTE DRH)**

TOWN OF CHATHAM, NEW YORK, JASON L. SHAW,
Individually and as Town Justice of the Town of Chatham,
DORIS T. APPEL, Individually and as Town Justice of the
Town of Chatham
            **Defendants**

**G. THOMAS EISELE, SENIOR DISTRICT JUDGE, sitting by designation**

## JUDGMENT

      Pursuant to the Order filed in this matter this date granting summary judgment in favor of the Defendants, it is Considered, Ordered, and Adjudged that the Complaint in this matter be, and it hereby is, DISMISSED WITH PREJUDICE.

      IT IS SO ORDERED this 24th day of May, 2007.

                                          /s/ Garnett Thomas Eisele
                                        UNITED STATES DISTRICT JUDGE